```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )         4:06CR3099
      v.                       )
                               )
VANDELL STARR,                 )
                               )           ORDER
            Defendant.         )
                               )
```

Defendant has moved to be released on conditions. I believe additional information is required before I can reasonably decide the motion.

IT THEREFORE HEREBY IS ORDERED:

1. The pretrial services officer shall obtain police reports and court records concerning the offenses charged against the defendant in the last year, and shall provide them to the court and counsel.

2. A detention hearing is set to commence at 10:00 a.m. on August 2, 2006 to review the report of the pretrial services officer and consider the defendant's motion.

DATED this 19th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge