IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3099 |
| v. | ) | |
| | ) | |
| VANDELL STARR, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

　　　At the August 3, 2006 hearing on the defendant's motion for release (actually the first detention hearing in the case, since defendant had been in state custody at the time of his initial appearance), I took the matter under advisement so the pretrial services officer could investigate the defendant's proposal for release to the third-party custody of his girlfriend in Hastings, Nebraska, and also obtain a substance abuse evaluation. The officer's report has now been received, together with a copy of the evaluation report, and copies were provided to counsel. The officer recommends against the third-party custodianship and further requests that any screening of the defendant for placement in long-term, residential substance abuse treatment include copies of the pretrial services reports.

　　　After reviewing the report and the previous pretrial services report, I conclude that detention is in order until defendant can be screened for admission to an appropriate treatment facility in a very structured environment.

IT THEREFORE HEREBY IS ORDERED,

Defendant's proposal for release is rejected. The defendant shall be detained until further order of the court. The pretrial services officer is authorized to have defendant screened for admission to an adult, long-term, residential treatment facility. The officer may provide the screening person copies of the pretrial services reports.

DATED this 28th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge