IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VANDELL STARR, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for release upon conditions and to continue sentencing hearing (filing 31) is denied.

December 13, 2006.        BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge