IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3099 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VANDELL STARR, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED THAT:

(1) The Clerk of Court shall file Mr. Starr's letter, which is attached hereto, in the court file.

(2) Treating the letter as a motion, it is denied because the court has no power to grant a Rule 35 reduction on its own and without motion by the government.

(3) The Clerk of Court shall provide a copy of this order to the defendant at his last known address. The Clerk shall also provide a copy of this order and the defendant's letter to counsel of record.

November 28, 2007.        BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge