IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3099 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VANDELL STARR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's motion for hearing (filing 49) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 44) has been set before the undersigned United States district judge on Monday, January 26, 2009, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

January 9, 2009.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge