IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:06CR3099 |
| | ) | |
| VANDELL STARR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 73, now set for August 12, 2009, at 12:30 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 22nd day of October, 2009, at 12:00 noon.  The defendant is ordered to appear at such time.

Dated August 4, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge